## FIRST NAT. BANK OF LOVELOCK *v.* ROGERS
No. 2766 (See 50 Nev. 325)
### ON PETITION FOR REHEARING
June 5, 1928.

*Per Curiam:*

Rehearing denied.

DUCKER, J.:  I dissent.


## PARDINI *v.* CITY OF RENO
No. 2768 (See 50 Nev. 392)
### ON PETITION FOR REHEARING
June 5, 1928.

*Per Curiam:*

Rehearing denied.

DUCKER, J.:  I dissent.